1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    ARMANDO HERNANDEZ-MARTINEZ,

10                        Petitioner,                        No.  C09-1809Z

11   v.

                                                           ORDER
12   A. NEIL CLARK, Field Office Director, U.S.
     Immigration and Customs Enforcement,

13                        Respondent.

14

15          THIS MATTER comes before the Court on the Report and Recommendation ("R&R"),

16   docket no. 13, of the Honorable James P. Donohue, United States Magistrate Judge.  Petitioner

17   has been released from custody, and removed from the United States to Mexico, and the copies

18   of the R&R and related materials that were mailed to petitioner at the Northwest Detention

19   Center were returned as undeliverable.  *See* docket no. 14.  Petitioner has not provided the Court

20   with updated contact information, and has not filed any objections to the R&R.

21          Having reviewed the record, the Court ORDERS as follows:

22          (1)     The R&R is ADOPTED;

23          (2)     Respondent's motion to dismiss, docket no. 11, is GRANTED, and this action is

24                  DISMISSED as moot;

25          (3)     The Clerk is directed to send a copy of this Order to the parties and to Magistrate

26                  Judge Donohue.

ORDER  -1-

1    IT IS SO ORDERED.

2    DATED this 25th day of March, 2010.

3

4

5    Thomas S. Zilly
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER   -2-